SIGNED.

Dated: March 23, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge



Bert L. Roos, Esq.
BERT L. ROOS, PC
5045 N. 12th St., #B
Phoenix AZ 85014
Ph.: 602-242-7869
Fax: 602-242-5975
Blrpc85015@msn.com

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DANNY'S HAPPY VALLEY, LLC,<br><br>Debtors.<br><br>This filing applies to:<br><br>■ All Debtors<br>☐ Specified Debtors:<br>_____ | Chapter 11<br><br>Case No. 2:10-bk-02794-EWH<br>**Jointly Administered With:**<br>2:10-bk-02796-EWH   2:10-bk-02799-EWH<br>2:10-bk-02802-EWH<br>2:10-bk-05580-RJH   2:10-bk-05583-RJH<br>2:10-bk-05585-RJH   2:10-bk-05588-RJH<br>2:10-bk-05792-SSC   2:10-bk-05793-SSC<br>2:10-bk-05794-SSC   2:10-bk-05795-SSC<br>2:10-bk-05796-SSC   2:10-bk-05797-SSC<br>2:10-bk-05798-SSC   2:10-bk-05799-SSC<br>2:10-bk-05800-SSC   2:10-bk-05801-SSC<br>2:10-bk-05802-SSC   2:10-bk-05805-SSC<br>2:10-bk-05806-SSC   2:10-bk-05772-JMM<br>2:10-bk-05774-JMM   2:10-bk-05775-JMM<br>2:10-bk-05776-JMM<br><br>**ORDER FOR JOINT ADMINISTRATION**<br><br>**Hearing Date:** None Set<br>**Hearing Time:**<br>**Location:** **Courtroom #602**<br>**230 N First Ave.**<br>**Phoenix AZ 85003** |

The Court has considered the Motion for Joint Administration filed by Danny's Happy Valley, LLC and its related debtors, Debtors and Debtors-in-Possession (jointly, the "**Debtors**"), requesting that the twenty-five related cases be jointly administered under the Danny's Happy Valley, LLC case. It appearing that the request is proper and in the best interest of the estates and their creditors. Therefore, for good cause appearing,

IT IS HEREBY ORDERED that the following cases be jointly administered under the Danny's Happy Valley, LLC Case No. 2:10-bk-02794-EWH:

1.   Danny's Happy Valley, LLC, 2:10-bk-02794-EWH;

2. Danny's Raintree & Northsight, LLC, 2:10-bk-02796-EWH;
3. Danny's Scottsdale & Shea, LLC, 2:10-bk-02799-EWH;
4. Danny's 59th Avenue, LLC, 2:10-bk-02802-EWH;
5. Danny's Crossroads, LLC; 2:10-bk-05580-RJH;
6. Danny's Gilbert Gateway, LLC, 2:10-bk-05583-RJH;
7. Danny's San Tan, LLC, 2:10-bk-05585-RJH;
8. Danny's Tempe, LLC, 2:10-bk-05588-RJH;
9. Danny's Family Companies, LLC, 2:10-bk-05792-SSC;
10. Danny's Car Services, LLC, 2:10-bk-05793-SSC;
11. Danny's Scottsdale & TB, LLC, 2:10-bk-05794-SSC;
12. National Car Care Development Corporation, 2:10-bk-05795-SSC;
13. 84th & Bell, LLC, 2:10-bk-05796-SSC;
14. 3rd & Bell, LLC, 2:10-bk-05797-SSC;
15. Danny's Tatum, LLC, 2:10-bk-05798-SSC;
16. 83rd & Union Hills, LLC, 2:10-bk-05799-SSC;
17. Mayo & Scottsdale Family Car Wash, LLC, 2:10-bk-05800-SSC;
18. Danny's Glass, LLC, 2:10-bk-05801-SSC;
19. Danny's Fuel, LLC, 2:10-bk-05802-SSC;
20. Paradise Village Car Care Centre, Inc., 2:10-bk-05805-SSC;
21. Twentieth & Highland, LLC, 2:10-bk-05806-SSC;
22. Danny's Commercial Properties, LLC, 2:10-bk-05772-JMM;
23. Barcelona Restaurants III, LLC, 2:10-bk-05774-JMM;
24. Barcelona Business Center, LLC, 2:10-bk-05775-JMM; and
25. Danny's Office, LLC, 2:10-bk-05776-JMM.

IT IS FURTHER ORDERED that all pleadings and motions be filed in the Danny's Happy Valley, LLC case, except that all proofs of claim and proofs of interest shall be filed in the case in which such claims and interests are asserts and that the Clerk will maintain separate registers of such claims and interests.

IT IS FURTHER ORDERED that pleadings and motions filed in these jointly administered cases will use the caption set forth below:

| | |
|---|---|
| In re<br><br>DANNY'S HAPPY VALLEY, LLC, *et al.*,<br><br>Debtors.<br><br>This filing applies to:<br><br>    ○    February Debtors<br><br>    ○    March Debtors | Chapter 11<br><br>Case No. 2:10-bk-02794-EWH<br>**Jointly Administered With:**<br><br>2:10-bk-02796-EWH    2:10-bk-02799-EWH<br>2:10-bk-02802-EWH<br>2:10-bk-05580-RJH    2:10-bk-05583-RJH<br>2:10-bk-05585-RJH    2:10-bk-05588-RJH<br>2:10-bk-05792-SSC    2:10-bk-05793-SSC<br>2:10-bk-05794-SSC    2:10-bk-05795-SSC<br>2:10-bk-05796-SSC    2:10-bk-05797-SSC<br>2:10-bk-05798-SSC    2:10-bk-05799-SSC<br>2:10-bk-05800-SSC    2:10-bk-05801-SSC<br>2:10-bk-05802-SSC    2:10-bk-05805-SSC<br>2:10-bk-05806-SSC    2:10-bk-05772-JMM<br>2:10-bk-05774-JMM    2:10-bk-05775-JMM<br>2:10-bk-05776-JMM<br><br>**[CAPTION]**<br><br>**Hearing Date:**<br>**Hearing Time:**<br>**Location:**     **Courtroom #602**<br>                  **230 N First Ave.**<br>                  **Phoenix AZ 85003** |

All of the jointly administered cases are hereby transferred to the Honorable Eileen W. Hollowell, the Bankruptcy Judge in the lowest-numbered case.

DATED AND SIGNED ABOVE.

                                    The Honorable Eileen W. Hollowell
                                  UNITED STATES BANKRUPTCY JUDGE